No. 77–1418.   CONSOLIDATED MOTOR INNS *v.* ALIAS ENTERPRISES, LTD.   C. A. 5th Cir.   Motion of BVA Credit Corp. for leave to file a brief as *amicus curiae* granted. Certiorari denied.